IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Austin Lewis | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Civil Action No. |
| | § | |
| Officer Tauch, Frankland, | § | Hon. |
| Gardner, Sgt McNeil | | |
| | | |
| *Defendant.* | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

I, Austin Lewis, file this lawsuit complaining of Officer Dennis Gardner.

### I.     JURISDICTION & VENUE

1. This action arises under 42 U.S.C. § 1983 and the First and Fourth Amendments to the United States Constitution. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1343.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred in the City of Galveston, Texas, which is within this judicial district.

### II.     PARTIES

3. Plaintiff Austin Lewis is a resident of Galveston County, Texas.

4. Defendants Officers _Tauch, Gardner, Frankland, & Sgt McNeil_____ are police officers employed by the Galveston Police Department. At all times relevant to this complaint, Defendant Gardner, Tauch, Frankland, & McNeil were acting under color of state law. They are sued in his individual capacity.

### III.     FACTUAL ALLEGATIONS

7. On or about May 13, 2023, at approximately 12:14 a.m., Plaintiff was present in the vicinity of 3300 Ave K in Galveston, Texas.

8. Plaintiff was engaged in constitutionally protected speech, which included the use of language that some might consider offensive or profane.

9. Defendants Gardner, Tauch, Frankland, & McNeil initiated contact with Plaintiff during what was recorded as a traffic stop according to the police event report (CAD Report 2023-255359).

10. During this interaction, Plaintiff was exercising his First Amendment right to free speech.

11. Without probable cause or reasonable suspicion that Plaintiff had committed, was committing, or was about to commit any crime, Defendant Sgt McNeil and/or other officers placed Plaintiff under arrest & in handcuffs, thereby detaining him and restricting his liberty.

12. The detention was based solely on Plaintiff's speech and the unsubstantiated claim that a bystander "appeared to be offended" by Plaintiff's speech even though bystanders made clear they were not offended.

13. The mere use of profanity or offensive language in public is protected speech under the First Amendment and does not constitute a crime.

14. The decision to detain Plaintiff was not based on any reasonable suspicion or probable cause that he had committed or was about to commit a crime, but rather was based on the content of his constitutionally protected speech.

15. After Plaintiff was placed in handcuffs, the report indicates that "the subject recanted and stated that he was not offended." This statement appears to refer to the bystander, not Plaintiff, and suggests that even the alleged basis for the detention was invalid.

16. Plaintiff was subsequently released, further indicating that there was no legitimate law enforcement purpose for the arrest & detention.

17. Upon information and belief, the officer's body camera was "malfunctioning and did not catch the interaction," depriving Plaintiff of potentially exculpatory evidence.

18. Plaintiff suffered humiliation, emotional distress, and deprivation of his constitutional rights as a result of being handcuffed and detained in public without justification.

## IV.    CAUSES OF ACTION

**COUNT I:    VIOLATION OF FIRST AMENDMENT RIGHTS (42 U.S.C. § 1983)**

21. Plaintiff incorporates by reference paragraphs 1-20 as if fully set forth herein.

22. Defendants Officers Tauch, Gardner, Frankland, & Sgt McNeil, acting under color of state law, violated Plaintiff's rights under the First Amendment to the United States Constitution by detaining him based on the content of his protected speech.

23. The First Amendment protects speech that others may find offensive, including profanity.

24. Defendants Officers Tauch, Gardner, Frankland, & Sgt McNeil's actions in detaining Plaintiff based solely on his use of language that a bystander "appeared to be offended" by constitutes an unconstitutional restriction on protected speech.

25. As a direct and proximate result of Defendant's violation of Plaintiff's First Amendment rights, Plaintiff has suffered damages.

## COUNT II:    UNLAWFUL DETENTION IN VIOLATION OF FOURTH AMENDMENT (42 U.S.C. § 1983)

26. Plaintiff incorporates by reference paragraphs 1-25 as if fully set forth herein.

27. Defendants Officers Tauch, Gardner, Frankland, & Sgt McNeil, acting under color of state law, violated Plaintiff's Fourth Amendment right to be free from unreasonable seizures when he handcuffed and detained Plaintiff without probable cause or reasonable suspicion.

28. The use of profanity or offensive language in public does not provide reasonable suspicion or probable cause for detention.

29. Defendant Officers Tauch, Gardner, Frankland, & Sgt McNeil lacked any objectively reasonable basis to believe that Plaintiff had committed, was committing, or was about to commit a crime.

30. The handcuffing of Plaintiff constituted a seizure under the Fourth Amendment.

31. As a direct and proximate result of Defendant's violation of Plaintiff's Fourth Amendment rights, Plaintiff has suffered damages.

## V.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a) Enter judgment in favor of Plaintiff and against Defendant;

b) Award compensatory damages in an amount to be determined at trial;

c) Award punitive damages against Defendants Officer Tauch, Gardner, Frankland, & Sgt McNeil in their individual capacity;

d) Award reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988;

e) Grant such other and further relief as this Court deems just and proper.

## VI.    DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted this 13 day of May , 2025.

Austin Lewis, Pro Se
[Your Address]  4707 Ambrosia Springs Ln  Katy, Tx 77494
[Your City, State, ZIP]
[Your Telephone Number] (346) 527-6215
[Your Email Address]  GoodCitizenNews01@gmail.com

## VERIFICATION

I, Austin Lewis, verify under penalty of perjury that the factual allegations in the foregoing complaint are true and correct to the best of my knowledge, information, and belief.

Austin Lewis

Date: 05/13/2025