United States District Court
Southern District of Texas
**ENTERED**
February 09, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| AUSTIN LEWIS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:25-cv-00201 |
| | § | |
| OFFICER TAUCH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

On December 11, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 21. On January 23, 2026, Judge Edison filed a memorandum opinion, order, and recommendation in which he granted Plaintiff leave to file a second amended complaint, recommended denying a motion to dismiss filed by Defendants Logan Frankland, Dennis Gardner, Christopher McNeil, and the City of Galveston (Dkt. 19) as moot, and recommended denying Plaintiff's motion to strike (Dkt. 23) as moot. Dkt. 29.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)     Judge Edison's memorandum opinion, order, and recommendation (Dkt. 29) is approved and adopted in its entirety as the holding of the court;

(2)     Defendants' motion to dismiss (Dkt. 19) is denied; and

(3)     Plaintiff's motion to strike (Dkt. 23) is denied.

SIGNED on Galveston Island this 9th day of February 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE